# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

In re:

THUNDER ROAD REALTY LLC
    Debtor

Chapter 11
Case No.

## MOTION FOR AUTHORITY TO EMPLOY COUNSEL

Now come the Debtor, Thunder Road Realty LLC ("Thunder Road"), and moves this Honorable Court pursuant to the provisions of Rule 2014(a) of the Rules of Bankruptcy Procedure and 11 U.S.C. §327(a) to allow them to employ counsel in the above-entitled proceedings.

1.    Thunder Road seeks to employ the services of Michael B. Feinman, Esq. and the Feinman Law Offices (collectively "Feinman") of 69 Park Street, Andover, Massachusetts.

2.    The employment of counsel is necessary for the representation of the Debtor in all matters of the Chapter 11 proceedings filed on my behalf including, but not limited to, preparation and filing of a Plan of Reorganization and Disclosure Statement, and generally assisting the Debtor in these proceedings.

3.    Thunder Road, as a Chapter 11 Debtor-in-Possession, seeks to employ Feinman to be compensated on an hourly basis plus ordinary and reasonable expenses all such fees to be subject to determination by this Court. Thunder Road further understands and agrees that the hourly rates charged by Feinman might be adjusted or increased during the course of this case.

4. At the commencement of this case, there has been a retainer paid to counsel by William P. Ricker individually in the amount of $30,000.00, as more completely disclosed in the affidavit of Michael B. Feinman. Both Feinman and Thunder Road have agreed to provide for the payment of additional fees and expenses incurred by Feinman as may be allowed by the Court. No other funds have been paid to Mr. Feinman by him for services rendered in connection with this case.

5. Thunder Road seeks to employ Feinman due to his experience in the field of Bankruptcy and familiarity with this case.

WHEREFORE, Thunder Road respectfully requests this Honorable Court to allow it to employ counsel as set forth in this motion, and to grant such other and further relief as this Court deems just and proper.

Thunder Road Realty LLC

Dated: December 11, 2024        By: _____
                                William P. Ricker, Manager

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### EASTERN DIVISION

In re:

THUNDER ROAD REALTY LLC
Debtor

Chapter 11
Case No.

## DECLARATION RE: ELECTRONIC FILING

### PART I- DECLARATION OF PETITIONER

I, [We] William P. Ricker, Manager of Thunder Road Realty LLJC hereby declare(s) under pains and penalty of perjury that all of the information contained in the Motion to Employ Counsel (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: 12-11-24       _____
                      Affiant

Dated: _____     _____
                      Joint Affiant

## PART II -DECLARATION OF ATTORNEY

I declare under penalty of perjury that I have reviewed the above affiant's(s') declaration and the information is complete and correct to the best of my knowledge. The affiant(s) signed this form before I submitted the Document; I gave the affiant(s) a copy of the Document and this *DECLARATION* and I have followed all other electronic filing requirements currently established by local rule and standing order. This *DECLARATION* is based on all information of which I have knowledge and the signature below constitutes a certification under Fed. R Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated: 12/11/24          _____
                          Michael B. Feinman, Esq.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In re: | |
|---|---|
| THUNDER ROAD REALTY LLC<br>Debtor | Chapter 11<br>Case No. |

## AFFIDAVIT OF MICHAEL B. FEINMAN, ESQ.

I, Michael B. Feinman, Esq., do hereby make this affidavit pursuant to the provisions of Rule 2014-1 of the Local Rules of the United States Bankruptcy Court and Rule 2014(a) of the Rules of Bankruptcy Procedure as follows:

1. I am an attorney in good standing licensed to practice law before the Courts of the Commonwealth of Massachusetts, the State of New Hampshire, and before this Court.

2. I hereby represent that neither I, nor any member of my firm, holds or represents any interest adverse to the estate of the above-named Debtor.

3. Neither I, nor any member of my firm, is connected with the Debtors, any creditor or other party in interest, their respective attorneys and accountants.

4. I hereby represent that I and each member of my firm is a "disinterested person" as that term is defined in 11 U.S.C. §101(14).

5. In representing the Debtor in Chapter 11 proceedings, I have agreed to a retainer in the amount of $30,000.00. The sum of $30,000.00 has been paid to me by William P. Ricker, manager of the Debtor.

6. Mt pre-petition involvement with this Debtor relates to an earlier Chapter 11 filing that was dismissed without opposition. I was compensated for my services in that earlier case by virtue of a retainer paid, with no balance due as of the date of the filing of this case.

7. I have agreed to accept employment in this in this case, with compensation to be paid on an hourly basis, along with reimbursement of expenses. Additional compensation may be paid as determined by this court.

8. This office may have an increase or decrease in its hourly rates upon review and determination by Michael B. Feinman.

9. Notwithstanding this, I understand that all fees and expenses for compensation in this case are subject to final review and approval by this Court.

10. I hereby represent that I have not agreed to share with any person the compensation to be paid for the services rendered in this case, except with employees of the Feinman Law Offices.

11. I shall amend this statement immediately upon my learning in the event that any of the within representations are incorrect or if there is any change of circumstance relating thereto.

12. I have reviewed the provisions of Local Bankruptcy Rule 2016-1.

Signed under the pains and penalties of perjury.

Dated: December 11, 2024                    /s/ Michael B. Feinman
                                            Michael B. Feinman

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>THUNDER ROAD REALTY LLC<br>Debtor | Chapter 11<br>Case No. |

## ORDER AUTHORIZING EMPLOYMENT OF COUNSEL

The above-referenced matter came on for consideration by the court on the Debtor's Motion for Authority to Employ Counsel in this case. After consideration of the pleadings filed, it is hereby

**ORDERED** that the Debtor be and hereby is authorized to employ Michael B. Feinman, Esq. and the Feinman Law Offices, as counsel to serve the Debtor in this case. Compensation shall be allowed on an hourly basis plus expenses, with all compensation subject to final review and approval by this Court.

Dated: _____

_____
U.S. Bankruptcy Judge